Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Natasha Mikha Pardasani (State Bar No. 270731)
Email: npardasani@victorrane.com
Nicole A. Poltash (State Bar No. 323420)
Email: npoltash@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: 310.388.4849
Fax: 310.388.4869

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KARINA ISABEL VELASQUEZ, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>SOUTHWEST AIRLINES CO., a Texas corporation; and Does 1 through 25; inclusive,<br><br>    Defendants. | Case No.: 2:22-cv-309<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441 ON THE GROUNDS OF DIVERSITY OF CITIZENSHIP UNDER 28 U.S.C. § 1332** |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

  Defendant Southwest Airlines Co. (hereinafter "Southwest"), by and through its attorneys of record at Victor Rane, hereby removes this pending action from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California on the following grounds:

/ /

/ /

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

## JURISDICTION

1. This is a civil action over which this Court has original jurisdiction based on the existence of diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332, and is one which may be removed to this Court by Southwest pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

## VENUE

2. This action was filed in the Superior Court of the State of California for the County of Los Angeles. Accordingly, venue is proper in the United States District Court for the Central District of California.

## REMOVAL ON BASIS OF DIVERSITY JURISDICTION

3. On November 1, 2021, plaintiff Karina Isabel Velasquez ("Plaintiff") filed in the Superior Court of the State of California for the County of Los Angeles a summons and complaint bearing Case No. 21STCV40063 in the records and files of that court. True and correct copies of the summons and complaint filed in the state court are attached as Exhibit "A."

4. The complaint is a civil action that names Southwest Airlines Co. and Does 1 through 25 as defendants. The complaint seeks damages for personal injury relating to injuries Plaintiff allegedly sustained while onboard Southwest Flight No. 3225 from Los Angeles to Las Vegas, on May 19, 2021.

5. On December 2, 2021, Southwest filed its answer to Plaintiff's complaint in the Superior Court of the State of California for the County of Los Angeles. A true and correct copy of the answer filed in the state court is attached as Exhibit "B."

6. Plaintiff's complaint alleges that Plaintiff resides in Nevada (Complaint, p. 2, ¶ 1), and on information and belief, Plaintiff is a resident and citizen of the State of Nevada for the purposes of 28 U.S.C. § 1332. *See Kantor v.*

NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO
28 U.S.C. § 1441 ON THE GROUNDS OF DIVERSITY OF
CITIZENSHIP UNDER 28 U.S.C. § 1332
CASE NO.: 2:22-CV-309

- 2 -

*Wellesley Galleries, Ltd.*, 704 F.2d 1088, 1090 (9th Cir. 1983) (holding that a person is a citizen of the state in which he or she is domiciled); *Kanter v. Warner-Lambert*, 265 F.3d 853, 857 (9th Cir. 2001) (noting that a person's domicile is the place he or she resides with the intention to remain).

7. Southwest is not now and never has been a resident or citizen of the state of Nevada. Pursuant to 28 U.S.C. § 1332(c)(1), a corporation "shall be deemed a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." Southwest is now, and at all times relevant to this action was, a commercial air carrier organized and existing under the laws of the State of Texas, with its headquarters and principal place of business in Dallas, Texas. *See Hertz Corp. v. Friend*, 559 U.S. 77, 80-81 (2010) (holding that "the phrase 'principal place of business' refers to the place where the corporation's high level officers direct, control, and coordinate the corporation's activities" and will generally "be found at a corporation's headquarters").

8. Plaintiff's complaint names as additional defendants "Does 1 through 25" (Complaint, p. 2, ¶ 4). However, for purposes of diversity, the citizenship of defendants sued under fictitious names is disregarded. *See* 28 U.S.C. § 1441(b)(1). Accordingly, there is complete diversity between the only parties to this action, Plaintiff and Southwest.

9. With respect to the amount in controversy, Plaintiff alleges in the complaint that she sustained a sprained wrist, cuts to her thumb, and severe emotional distress. (Complaint, p. 4, ¶¶ 12, 15). She alleges that she is attending physical therapy sessions approximately twice a week and emotional counseling approximately once per week, and that she sustained loss of income. (*Id.* at p. 4, ¶¶ 14-15). On December 15, 2021, Plaintiff served her Statement of Damages, which alleges damages well in excess of $75,000. A true and correct copy of Plaintiff's Statements of Damages is attached as Exhibit "C." Thus, the time for removal as set forth in 28 U.S.C. § 1446(b) has not yet elapsed.

10. Accordingly, this action is one which may be removed to this Court by Southwest pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

WHEREFORE, Southwest prays that the above-entitled action now pending in the Superior Court of the State of California for the County of Los Angeles be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1332.

Dated: January 14, 2022

By: _____
Richard A. Lazenby
Natasha Mikha Pardasani
Nicole A. Poltash
VICTOR RANE
Attorneys for Defendant
SOUTHWEST AIRLINES CO.

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO
28 U.S.C. § 1441 ON THE GROUNDS OF DIVERSITY OF
CITIZENSHIP UNDER 28 U.S.C. § 1332
CASE NO.: 2:22-CV-309

- 4 -